DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL BENDE,**
Appellant,

v.

**AURORA BANK, FSB,** et al.,
Appellees.

No. 4D14-3106

[August 5, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Eli Berger, Judge; L.T. Case No. 2012CA012213XXXXMB.

Michael Bende, Boca Raton, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***